SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY M. ROGERSON (SBN 311918)
hrogerson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| AMANDA SUTTON, an individual, | Case No.: 2:20-cv-00407-JAM-CKD |
| Plaintiff, | Assigned to Hon. Judge John A. Mendez |
| vs. | Courtroom 6 |
| FORD MOTOR COMPANY; and DOES 1-50, inclusive, | **STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONERENCE** |
| Defendants. | Sup. Ct. Complaint: January 7, 2020 |
| | Removal Date: February 24, 2020 |
| | Amended Complaint: April 10, 2020 |

-1-
STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONERENCE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  This Stipulation and Joint Request is entered into between and presented by Defendant Ford Motor Company ("Ford") and Plaintiff Amanda Sutton ("Plaintiff"), by and through their counsel, with respect to the following:

WHEREAS Plaintiff filed a Complaint in the Sacramento County Superior Court and Ford answered the Complaint and then removed the case to this Court on February 24, 2020.

WHEREAS this Court issued an Order on February 24, 2020, Dkt. 5, directing the parties to meet and confer within 60 days from the date of removal as required by Rule 26(f) to prepare and submit to the Court a Joint Status Report.

WHEREAS Plaintiff filed her First Amended Complaint on April 10, 2020, which included a new defendant, Ron Du Pratt Ford, Inc.

WHEREAS the parties met and conferred on April 14, 2020, wherein Plaintiff agreed to withdraw the First Amended Complaint and file a Motion for Leave to Amend the Complaint.

WHEREAS the parties agree that in light of the above circumstances, it is in their collective interest to postpone preparation of the required Rule 26(f) Joint Status Report until a time after the Court rules on Plaintiff's Motion for Leave to Amend the Complaint and resolves any remand issues stemming therefrom.

WHEREAS the parties represent that there is good cause for this Stipulation and Joint Request, it is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

///
///
///
///
///
///

THEREFORE, the parties, through their undersigned counsel, hereby agree and stipulate and request that the Court order that:

1. The parties may postpone preparation of the required Rule 26(f) Joint Status Report until a time after the Court decides Plaintiff's Motion for Leave to Amend the Complaint and, if granted, resolves any remand issues stemming therefrom.
2. Should the Court deny Plaintiff's Motion for Leave to Amend the Complaint, the parties shall file their Rule 26(f) Joint Status Report no later than sixty days after the Court's ruling.

IT IS SO STIPULATED.

Dated: April 22, 2020					GORDON REES SCULLY MANSUKHANI, LLP

							By:  /s/ Spencer P. Hugret
							    Spencer P. Hugret, Esq.
							    Hailey M. Rogerson, Esq.

							*Attorneys for Defendant*
							FORD MOTOR COMPANY

Dated:  April 22, 2020					CONSUMER LAW EXPERTS, PC

							By: /s/ Eleazar D. Kim
							    Eleazar D. Kim, Esq.

							*Attorneys for Plaintiff*
							AMANDA SUTTON

**ORDER**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

The forgoing Stipulation of the parties is hereby approved, and pursuant to the Stipulation, IT IS HEREBY ORDERED that:

1) The parties may postpone preparation of the required Rule 26(f) Joint Status Report until a time after the Court decides Plaintiff's Motion for Leave to Amend the Complaint and, if granted, resolves any remand issues stemming therefrom;

2) Should the Court deny Plaintiff's Motion for Leave to Amend the Complaint, the parties shall file their Rule 26(f) Joint Status Report no later than sixty days after the Court's ruling.

DATED: 4/22/2020

/S/ JOHN A. MENDEZ
Hon. John A. Mendez
United States District Court Judge

-4-
STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONERENCE