UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Jun 05, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN RE: FORD MOTOR CO. DPS6 POWERSHIFT**
**TRANSMISSION PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| Sutton v. Ford Motor Company, ) | |
| E.D. California, C.A. No. 2:20-00407 ) | MDL No. 2814 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Sutton*) on May 15, 2020. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Sutton* was lifted on May 26, 2020, and the action was transferred to the Central District of California. On May 28, 2020, plaintiff in *Sutton* filed a motion to reinstate the CTO. In her motion, plaintiff, through counsel, state that, due to an unforeseen technical issue that plaintiff was unable to file a timely notice of opposition. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue her opposition to transfer. Accompanying the motion is plaintiff's notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-48" filed on May 15, 2020, is REINSTATED insofar as it pertains to this action.

IT IS FURTHER ORDERED that plaintiffs' Notice of Opposition is accepted for filing as of the date of this order.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel