UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMANDA SUTTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | No.  2:20-cv-00407-JAM-CKD<br><br>**ORDER TO SHOW CAUSE RE MOTION TO REMAND** |
|---|---|

On January 7, 2020, Amanda Sutton ("Plaintiff") filed a complaint in Sacramento County Superior Court against Ford Motor Company ("Ford" or "Defendant"), alleging breach of warranty claims for selling a defective vehicle. Not. of Removal, Exh. B, ECF No. 1-4, Compl.  Defendant then removed the suit to this Court.  Not. of Removal, ECF No. 1.  At issue is Plaintiff's joint motion to remand this case back to state court and for leave to amend her complaint.  Mot., ECF No. 14-1.  Plaintiff seeks to add Defendant Ron Du Pratt and argues that the case should be remanded because Defendant has not met its burden establishing the amount in controversy requirement and because adding Defendant Ron Du Pratt would divest the Court of diversity jurisdiction as a non-diverse Defendant.  Mot. at 1.

　　　Two weeks after Plaintiff's Motion for Remand was filed and

1

calendared for July 14, 2020, the United States Judicial Panel on Multidistrict Litigation ("the Panel") issued a Conditional Transfer Order ("CTO"), with a stay transmittal of seven days, assigning this case to the Central District of California. See CTO-48, ECF No. 18. Plaintiff did not timely oppose the proposed transfer, so the Panel lifted the stay on May 26, 2020 and transferred this action. Order Reinstating Stay, ECF No. 20. Two days later, Plaintiff filed a motion to reinstate the CTO stay blaming an unforeseen technical issue for her inability to file a timely notice of opposition to the CTO. Id. The Panel was persuaded by Plaintiff's circumstance and reinstated the stay of its CTO. Id.

When a notice of opposition to conditional transfer order is filed, the transferee court "retains jurisdiction to decide [a pending motion to remand]." Fu's Garden Restaurant v. Archer-Daniels-Midland Company, 2000 WL 635440, *1 (N.D. Cal. 2000); see also JPML Rule 1.5. This Court therefore issued a minute order on July 9, 2020, ordering Plaintiff's motion to remand to be submitted. ECF No. 21. However, Defendant did not timely file an opposition to the motion.

The Court hereby ORDERS Defendant to show cause in writing why the Court should not grant the Motion to Remand since an opposition was not filed in a timely manner. Defendant shall respond by Friday, July 24.

IT IS SO ORDERED.

Dated: July 20, 2020

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2